ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| JE Dunn Construction Company | ) ASBCA Nos. 63184, 63185, 63186 |
| | )           63187, 63256 |
| | ) |
| Under Contract No. W9127S-17-D-6003 | ) |

APPEARANCES FOR THE APPELLANT:      Nicholas T. Solosky, Esq.
                                    Reginald M. Jones, Esq.
                                    Morgan M. Tapp, Esq.
                                      Fox Rothschild LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                      Engineer Chief Trial Attorney
                                    Michael T. Geiselhart, Esq.
                                      Engineer Trail Attorney
                                      U.S. Army Engineer District, Jacksonville

                                    Allen S. Black, Esq.
                                      Engineer Trial Attorney
                                      U.S. Army Engineer District, Little Rock

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: April 16, 2024

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63184, 63185, 63186, 63187, 63256, Appeals of JE Dunn Construction Company, rendered in conformance with the Board's Charter.

Dated:  April 17, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals